# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1870

_____

Anthony Austine Ukofia,                  *
                                         *
            Appellant,                   *
                                         *
      v.                                 *
                                         *
Bureau of Immigration and Customs        *   Appeal from the United States
Enforcement; Kenneth Olson, and Five     *   District Court for the
Other Unknown Deportation Officers       *   District of Minnesota.
of the Bureau of Immigration and         *
Customers Enforcement; Sherburne         *        [UNPUBLISHED]
County Jail Clinic; Cari NLN, a          *
nurse at the Clinic; Department of       *
Homeland Security; Amy Zaske; Terry      *
Louie; Jared Drengson; Sherburne         *
County Jail; Rachel Cannings; Dr.        *
Leonard; Bureau of Immigration           *
Appeals; Scott Baniecke,                 *
                                         *
            Appellees.                   *

_____

Submitted:  December 15, 2011
Filed: December 20, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Anthony Austine Ukofia appeals following the district court's[1] adverse grant of summary judgment in his civil action. Upon careful review of the record and the parties' submissions on appeal, we conclude that the district court did not abuse its discretion in declining to appoint counsel for Mr. Ukofia, <u>see</u> <u>Davis v. Scott</u>, 94 F.3d 444, 447 (8th Cir. 1996); in denying his third motion to amend his complaint, <u>see</u> <u>Deutsche Fin. Servs. Corp. v. BCS Ins. Co.</u>, 299 F.3d 692, 700 (8th Cir. 2002); and in denying his request to extend the discovery period, <u>see</u> <u>Marksmeier v. Davie</u>, 622 F.3d 896, 903 (8th Cir. 2010). We also conclude that summary judgment was proper for the reasons stated by the district court. <u>See</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo standard of review). Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.